B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): AMIGABLE, GELENIE, QUIOCHO | Name of Joint Debtor (Spouse) (Last, First, Middle): NONE |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): NONE | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 5351 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): N/A |
| Street Address of Debtor (No. and Street, City, and State): 12954 RAINTREE PLACE CHINO, CA                                  ZIP CODE 91710 | Street Address of Joint Debtor (No. and Street, City, and State): N/A                                  ZIP CODE |
| County of Residence or of the Principal Place of Business: SAN BERNARDINO | County of Residence or of the Principal Place of Business: N/A |
| Mailing Address of Debtor (if different from street address): SAME AS ABOVE                                  ZIP CODE | Mailing Address of Joint Debtor (if different from street address): N/A                                  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): N/A                                  ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☐ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☐ Other | ☑ Chapter 7      ☐ Chapter 15 Petition for ☐ Chapter 9           Recognition of a Foreign ☐ Chapter 11          Main Proceeding ☐ Chapter 12      ☐ Chapter 15 Petition for ☐ Chapter 13          Recognition of a Foreign                            Nonmain Proceeding |
| | **Tax-Exempt Entity** (Check box, if applicable.) ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box.) ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house- hold purpose."      ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached. | **Check one box:** ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). |
| ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. | ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). **Check if:** ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000. |
| ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check all applicable boxes:** ☐ A plan is being filed with this petition. ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | FILED MAR 11 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: _____ Deputy Clerk |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>GELENIE Q. AMIGABLE |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: Central District of California - Riverside | Case Number:<br>6:09-bk-23649-MJ | Date Filed:<br>06/19/2009 |
| Location<br>Where Filed: N/A | Case Number:<br>N/A | Date Filed:<br>N/A |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>NONE | Case Number:<br>N/A | Date Filed:<br>N/A |
| District: | Relationship:<br>N/A | Judge:<br>N/A |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

    ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** <br> **GELENIE Q. AMIGABLE** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor
(909) 465-5836
Telephone Number (if not represented by attorney)
03/10/2010
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney\***

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____

_____
Telephone Number

_____
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    IN RE GELENIE Q. AMIGABLE filed on 06/19/2009, Voluntary Petition, Case # 6:09-bk-23649-MJ, Central District of California

    which was dismissed. Real property listed: 7265 Iron Oak Avenue, Las Vegas, NV 89113

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    IN RE GELENIE Q. AMIGABLE filed on 06/19/2009, Voluntary Petition, Case # 6:09-bk-23649-MJ, Central District of California

    which was dismissed. Real property listed: 7265 Iron Oak Avenue, Las Vegas, NV 89113

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Chino_____, California.

Debtor _____

Dated _3/10/10_____

Joint Debtor _____

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

Statement of Related Cases Information Required by
Local Bankruptcy Rule 1015-2 - *Page 2 of 3*

**F 1015-2.1**

| In re GELENIE Q. AMIGABLE | CASE NUMBER: |
|---|---|
| Debtor. | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
12954 Raintree Place    Chino    CA 91710

A true and correct copy of the foregoing document described as ___STATEMENT OF RELATED CASES___
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _3/10/10_____  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _03/10/2010_ | Ron I. Amigable | _Ron I. Amigable_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

Statement of Related Cases Information Required by
Local Bankruptcy Rule 1015-2 - *Page 3 of 3*

**F 1015-2.1**

| In re GELENIE Q. AMIGABLE | CASE NUMBER: |
|---|---|
| Debtor. | |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Please see attachment

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

3420 Twelfth Street
Riverside, CA 92501-3819

In re:  GELENIE Q. AMIGABLE                          Case No.: _____

## ATTACHMENT TO STATEMENT OF RELATED CASES

ACS/COLLEGE LOAN CORPORATION
501 Bleecker Street
Utica, NY 13501

AMC MORTGAGE
P. O. Box 249
Haleiwa, HI 96712

AMERICAN SERVICING COMPANY
7495 New Horizon Way
Frederick, MD 21703

AMEX
P. O. Box 7871
Fort Lauderdale, FL 33329

ANB/CITIBANK
P. O. Box 15687
Wilmington, DE 19850

Arrow Financial Services
5996 W. Touhy Avenue
Niles, IL 60714

Arrow Financial
8589 Aero Drive
San Diego, CA 92123

Associates/Citibank
110 Lake Drive
Newark, DE 19702

1

Bally Total Fitness
12440 E. Imperial, Suite 3
Norwalk, CA 90650

Ballys
7755 Center Avenue
Huntington Beach, CA 92647

Bank of New York Mellon, Trustee
101 Barclay Street 4W
New York, NY 10286

Capital 1 Bank
P. O. Box 650010
Dallas, TX 75265-0010

Chase
800 Brooksedge Blvd.
Westerville, OH 43081

CitiFinancial
P. O. Box 466
Hanover, MD 21076

CitiFinancial Retail
P. O. Box 6080
Newark, DE 19714

Corporate America FCU
2075 Big Timber Road
Elgin, IL 60123

Countrywide Home Loans
450 American Street
Simi Valley, CA 93065

CRTFDCRDT
1180 Olympic Drive #207
Corona, CA 91719

Dell Financial
3500 Wadley Place
Austin, TX 78728

2

Dow Financial
1100 Plainfield Road
Joliet, IL 60435

First National Credit
500 E. 60th St. N
Sioux Falls, SD 57104

Fremont Investment
175 N. Riverview Drive
Anaheim, CA 92808

Harvard Collection Service
4700 W. Irving Park Road
Chicago, IL 60641

Heritage Pacific Financial, LLC
c/o The Law Office of Justin Ryan
2534 State Street, Suite 404
San Diego, CA 92101

Household Bank
P. O. Box 98706
Las Vegas, NV 89193

Household Bank/Best Buy
P. O. Box 15519
Wilmington, DE 19850

HomEq Servicing
P. O. Box 997126
Sacramento, CA 95899

Island National Group
P. O. Box 18009
Hauppauge, NY 11788-8809

Law Offices of Rosen & Loeb
16000 Ventura Blvd., Suite 1150
Encino, CA 91436

Lexus Financial
P. O. Box 9490
Cedar Rapids, IA 52409-9490

3

Litton Loan Servicing
4828 Loop Central
Houston, TX 77081


MBGA/JC Penney
P. O. Box 27570
Albuquerque, NM 87125

MCYDSNB
9111 Duke Blvd.
Mason, OH 45040

NCM
18400 Von Karman
Irvine, CA 92614

Nelnet LNS
P. O. Box 1649
Denver, CO 80201

New Century Mortgage
210 Commerce
Irvine, CA 92602

No. American Collectors
16000 Ventura Blvd., Suite 1
Encino, Ca 91436

Providian
4940 Johnson Drive
Pleasanton, CA 94566

Resurgent Capital Services
15 South Main Street, Suite 600
Greenville, SC 29601

RNB-Target
3701 Wayzata Blvd. #2-CF
Minneapolis, MN 554416

Toyota Motor Credit Co.
19001 South Wester
Torrance, CA 90509

4

Western Financial Savings
P. O. Box 19752
Irvine, Ca 92623

WFNNB/VICTORIAS SECRET
P. O. Box 182128
Columbus, OH 43218

WFS Financial
P. O. Box 19752
Irvine, CA 92623

Attachment to Statement of Related Cases

B 201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

Name: _GELENIE  Q  AMIGABLE_____

Address: _12954  RAINTREE  PLACE_____

_____CHINO  CA  91710_____

Telephone: _(626) 257- 8224___ Fax: _(626) 604- 4695____

☐ Attorney for Debtor
☑ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No.: |
|---|---|
| NONE | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.  **Services Available from Credit Counseling Agencies**

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 12/08)                                                          USBC, Central District of California

## 2.    The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.  Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.    Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_RON  I  AMIGABLE_
Printed name and title, if any, of Bankruptcy Petition Preparer

_555 - 95 - 3997_
Social Security number (If the bankruptcy petition Address: preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

X _Ron I. Amigable_
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

_GELENIE  Q  AMIGABLE_
Printed Name(s) of Debtor(s)

_____  3/10/10
Signature of Debtor          Date

Case No. (if known) _____

X_____
Signature of Joint Debtor (if any)   Date

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Central District of California

In re  GELENIE Q. AMIGABLE _____ ,
　　　　　　　Debtor

Case No. _____

Chapter  7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 400,000.00 | | |
| B - Personal Property | Yes | 4 | $ 11,305.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 890,825.12 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 159,778.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 4,455.64 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ 10,127.46 |
| TOTAL | | 22 | $ 411,305.00 | $ 1,050,603.10 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Central District of California

In re  GELENIE Q. AMIGABLE                    ,          Case No. _____

                    Debtor

                                                         Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $    11,076.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $     4,455.64 |
| Average Expenses (from Schedule J, Line 18) | $    10,127.46 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $     6,529.59 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    490,825.12 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $     0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $     0.00 |
| 4. Total from Schedule F | | $    159,778.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    650,603.12 |

B6A (Official Form 6A) (12/07)

In re  GELENIE Q. AMIGABLE                        ,            Case No. _____
               **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in **Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence<br>Location: 7265 Iron Oak Avenue<br><br>Las Vegas, NV 89113<br><br>Residence is in foreclosure. Sale of property has been scheduled<br><br>on March 16, 2010. | Fee Simple | - | 400,000.00 | 890825.12 |
| | | Total▶ | 400,000.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  GELENIE Q. AMIGABLE                                     ,                      Case No. _____
                              **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash in wallet | - | 100.00 |
| 2. Checking, savings or other finan- cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home- stead associations, or credit unions, brokerage houses, or cooperatives. | | Please see attachment | - | 300.00 |
| 3. Security deposits with public util- ities, telephone companies, land- lords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Please see attachment | - | 2,945.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Please see attachment | - | 460.00 |
| 6. Wearing apparel. | | Please see attachment | - | 1,000.00 |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photo- graphic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  <u>GELENIE Q. AMIGABLE</u>                    ,        Case No. _____
                    **Debtor**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401K ($6,000.00), T. Rowe Price - not included in bankruptcy estate | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  GELENIE Q. AMIGABLE _____,        Case No. _____
        **Debtor**                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Please see attachment | - | 6,100.00 |
| 26. Boats, motors, and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings, and supplies. | x | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 30. Inventory. | x | | | |
| 31. Animals. | | 2 years old pug fawn full breed | | 400.00 |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

    __1__ continuation sheets attached   Total▶   $        11,305.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

3420 Twelfth Street
Riverside, CA 92501-3819

In re:  GELENIE Q. AMIGABLE                                    Case No.: _____

ATTACHMENT:

## SCHEDULE B – PERSONAL PROPERTY

| Type of Property | Description and Location of Property | Current Value of Debtor's Interest in Property, without deducting any Secured Claim of Exemption |
|---|---|---|
| 2.  Checking, etc. | Chase Checking Account # 3832545913<br>Chase Savings Account # | 150.00<br>150.00 |
| 4.  Household goods, etc. | All items at replacement value | 2,945.00 |
|  | Stereo system ($300), washer dryer set ($300), refrigerator ($400), electric stove ($150), misc. furniture [couch, dining table set, bed set ($450)], minor appliances [blender, mixer, toaster ($100), vacuum ($45), TV ($100), piano ($800), laptop computer ($300) Location: 12954 Raintree Pl, Chino CA |  |
| 5.  Books, pictures, etc. | 10 books at used book store prices ($200), CDs ($100), DVDs ($160) Location: 12954 Raintree Pl, Chino CA | 460.00 |
| 6.  Wearing apparel | normal clothing at used clothing store prices Location: 12954 Raintree Pl, Chino CA | 1,000.00 |
| 25. Automobiles, etc. | 1991 Mercedes-Benz 300 SEL ($1,500), 2001 Dodge Caravan ($1,600), Location: 7265 Iron Oak Ave, LV, NV 2004 Chrysler PT Cruiser ($3,000) Location: 12954 Raintree Pl, Chino, CA | 6,100.00 |

B 6C (Official Form 6C) (12/07)

In re  GELENIE Q. AMIGABLE                    ,                    Case No. _____
                    **Debtor**                                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                      $136,875.
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Please see attachment | | | |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

3420 Twelfth Street
Riverside, CA 92501-3819

In re:  GELENIE Q. AMIGABLE                    Case No.: _____

ATTACHMENT:

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Residence | C.C.P. § 703.140(b)(1) | 0.00 | 400,000.00 |
| Location: 7265 Iron Oak Ave, Las Vegas, NV 89113 | | | |
| Residence is in foreclosure.  Sale of property has been scheduled for March 16, 2010. | | | |
| **Cash on Hand** | | | |
| Cash in Wallet | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase Checking Account # | C.C.P. § 703.140(b)(5) | 150.00 | 150.00 |
| Chase Savings Account # | C.C.P. § 703.140(b)(5) | 150.00 | 150.00 |
| **Household Goods and Furnishings** | | | |
| All items at replacement value | C.C.P. § 703.140(b)(3) | 2,945.00 | 2,945.00 |
| Stereo system ($300), washer dryer set ($300), refrigerator ($400), electric stove ($150), misc. furniture [couch, dining table set, bed set ($450)], minor appliances [blender, mixer, toaster ($100), vacuum ($45), TV ($100), piano ($800), laptop computer ($300) Location: 12954 Raintree Pl, Chino CA | | | |
| **Books, Pictures and Other Art Object; Collectibles** | | | |
| 10 books at used book store prices ($200), CDs ($100), DVDs ($160) Location: 12954 Raintree Pl, Chino CA | C.C.P. § 703.140(b)(5) | 460.00 | 460.00 |

2 continuation sheets attached to Schedule of Property Claimed as Exempt

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

3420 Twelfth Street
Riverside, CA 92501-3819

In re:  GELENIE Q. AMIGABLE                         Case No.: _____

ATTACHMENT:

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wearing Apparel** | | | |
| Normal clothing at used clothing store prices | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Location: 12954 Raintree Pl, Chino, CA | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1991Mercedes-Benz 300 SEL ($1,500), | | 6,100.00 | 6,100.00 |
| 2001 Dodge Caravan ($1,600), | | | |
| Location: 7265 Iron Oak Ave, LV, NV | | | |
| 2004 Chrysler PT Cruiser ($3,000) | | | |
| Location: 12954 Raintree Pl, Chino, CA | | | |
| **Animals (Pet)** | | | |
| 2 years old pug fawn full breed | | 400.00 | 400.00 |
| | Total: | 11,305.00 | 411,305.00 |

2 continuation sheets attached to Schedule of Property Claimed as Exempt

B 6D (Official Form 6D) (12/07)

In re  GELENIE Q. AMIGABLE                    ,          Case No. _____
            **Debtor**                                                        **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0326048790 <br><br> Homeq Servicing <br> P. O. Box 13716 <br> Sacramento, CA 95853 | | | October 24, 2006 <br> Mortgage <br> 7265 Iron Oak Av <br> Las Vegas, NV <br><br> VALUE $ 400,000.00 | | | X | 890,825.12 | 490,825.12 |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |

_____ continuation sheets attached

| | | | |
|---|---|---|---|
| Subtotal ▶ <br> (Total of this page) | $ 890,825.12 | $ 490,825.12 |
| Total ▶ <br> (Use only on last page) | $ 890,825.12 | $ 490,825.12 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6E (Official Form 6E) (12/07)

In re  GELENIE Q. AMIGABLE          ,                    Case No._____
                    **Debtor**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint case is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re  GELENIE Q. AMIGABLE                    ,        Case No._____
                        **Debtor**                                        **(if known)**


☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


                                    _0_  continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont.

In re  GELENIE Q. AMIGABLE                     ,          Case No. _____
                    **Debtor**                                                   **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals▶ (Totals of this page) | | | | $       0.00 | $       0.00 | 0.00 |
| | | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $       0.00 | | |
| | | | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $       0.00 | $       0.00 |

B 6F (Official Form 6F) (12/07) - Cont.

In re   GELENIE Q. AMIGABLE_____,   Case No. _____
                **Debtor**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 349990498122<br><br>3753    AMEX<br>P. O. Box 7871<br>Fort Lauderdale, FL 33329 | | | 04/2006<br>credit card charges | | | X | 2,510.00 |
| ACCOUNT NO. 1696910322146<br><br>043  HholdBank/BestBuy<br>P. O. Box 15519<br>Wilmington, DE 19850 | | | 10/2005<br>appliance purchase | | | X | 1,982.00 |
| ACCOUNT NO. 40677937<br><br>Arrow Financial Services<br>5996 W. Touhy Avenue<br>Niles, IL 60714 | | | 12/2007<br>credit card charges | | | X | 1,841.00 |
| ACCOUNT NO. 11822839<br><br>Harvard Collection Service<br>4700 W. Irving Park Road<br>Chicago, IL 60641 | | | 12/2008<br>cell phone charges | | | X | 1,694.00 |
| ACCOUNT NO. 09E01443<br><br>LOO Rosen & Loeb<br>16000 Ventura Blvd #1150<br>Encino, CA 91436 | | | 02/2009<br>lawsuit | | | X | 1,326.00 |

Sheet no. __2__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 9,353.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re  GELENIE Q. AMIGABLE                          ,          Case No. _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6099053511<br><br>ACS/College Loan Corp.<br>501 Bleecker Street<br>Utica, NY 13501 | | | 08/2001<br>student loan | | | X | 5,956.00 |
| ACCOUNT NO 94051210143<br><br>Corporate America FCU<br>2075 Big Timber Road<br>Elgin, IL 60123 | | | 03/2007<br>student loan | | | X | 5,120.00 |
| ACCOUNT NO. 603259032525<br><br>CitiFinancial Retail<br>P. O. Box 6080<br>Newark, DE 19714 | | | 09/2006<br>credit card charges | | | X | 2,717.00 |
| ACCOUNT NO. 607439553616<br><br>7476      CitiFinancial<br>P. O. Box 466<br>Hanover, MD 21076 | | | 09/2006<br>credit card charges | | | X | 2,716.00 |

                                                            Subtotal▶   $    16,509.00

<u>5</u>  continuation sheets attached

                                                        Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re  GELENIE Q. AMIGABLE                                    ,          Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7945012900014<br><br>2995 Citi Bank/DFS<br>P. O. Box 466<br>Hanover, MD 21076 | | | 05/2002<br>credit card charges | | | | 725.00 |
| ACCOUNT NO. 526835000049<br><br>HSBC Bank<br>P. O. Box 98706<br>Las Vegas, NV 89193 | | | 09/2006<br>credit card charges | | | | 411.00 |
| ACCOUNT NO. 4902781289820<br><br>MCYDSNB<br>9111 Duke Blvd.<br>Mason, OH 45040 | | | 05/2003<br>credit card charges | | | | 250.00 |
| ACCOUNT NO. 374249199<br><br>TNB-Target<br>3701 Wayzata Blvd. #2-CF<br>Minneapolis, MN 554416 | | | 10/2006<br>store charges | | | | 137.00 |
| | | | | | Subtotal▶ | $ | 1,523.00 |

_5_  continuation sheets attached

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  GELENIE Q. AMIGABLE _____,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2988620229886<br><br>2025    WFNNB/VICTORIAS SECRET<br>P. O. Box 182128 | | | 09/2005<br>store charges | | | | 137.00 |
| ACCOUNT NO. 554285180067<br><br>Chase<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | | | 11/2000<br>credit card charges | | | | 1,326.00 |
| ACCOUNT NO. 010272DT369<br><br>Lexus Financial Services<br>P. O. Box 9490<br>Cedar Rapids, IA 52409 | | | 01/2005<br>auto lease | | | | 11,036.00 |
| ACCOUNT NO. 543339000291<br><br>4068    Island National Group<br>P. O. Box 18009<br>Hauppauge, NY 11788-8809 | | | 01/20018<br>credit card charges | | | | 499.00 |
| ACCOUNT NO. 0261809878<br><br>Resurgent Capital Services<br>15 S. Main Street, Ste 600<br>Greenville, SC 29601 | | | 10/2006<br>home loan | | | | 111,209.00 |

Sheet no. __4__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 124,207.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re  GELENIE Q. AMIGABLE                    ,        Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 29711<br><br>Saddle Peak @ NV Trails<br>5966 La Place, Suite 170<br>Carlsbad, CA 92008 | | | 06/2009<br>Assessments, violation fees, etc. | | | | 4,669.00 |
| ACCOUNT NO. 479124202404<br><br>5653    Capital 1 Bank<br>P. O. Box 650010<br>Dallas, TX 75265-0010 | | | 08/2000<br>credit card charges | | | | 1,821.00 |
| ACCOUNT NO. 411507182551<br><br>1236    Capital 1 Bank<br>P. O. Box 650010<br>Dallas, TX 75265-0010 | | | 10/2000<br>credit card charges | | | | 1,255.00 |
| ACCOUNT NO. 411507213160<br><br>6199    Capital 1 Bank<br>P. O. Box 650010<br>Dallas, TX 75265-0010 | | | 02/2001<br>credit card charges | | | | 441.00 |

Subtotal▶  $    8,186.00

 5  continuation sheets attached

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  GELENIE Q. AMIGABLE                          ,          Case No. _____
              **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __5__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  | $ 0.00

Total➤ | $ 159,778.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re **GELENIE Q. AMIGABLE** ,                    Case No._____
        **Debtor**                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Honorato Buscayno<br>12954 Raintree Place<br>Chino, CA 91710 | Residential Lease Agreement<br>Debtor is Lessee |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re   GELENIE Q. AMIGABLE                     ,                    Case No. _____
                          **Debtor**                                                            **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  GELENIE Q. AMIGABLE _____ ,          Case No. _____
               **Debtor**                                                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Daughter; Brother; Sister; Mother | AGE(S): 11; 23; 25; 55 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Licensed Vocational Nurse (LVN) | |
| Name of Employer | Kindred Hospital | |
| How long employed | 5 | |
| Address of Employer | 845 N. Lark Ellen Avenue W. Covina, CA 91791 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 4,026.73 | $ _____ |
| 2. Estimate monthly overtime | $ _____ | $ _____ |
| 3. SUBTOTAL | $ 4,026.73 | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ 520.11 | $ _____ |
|   b. Insurance | $ _____ | $ _____ |
|   c. Union dues | $ _____ | $ _____ |
|   d. Other (Specify): Misc. Deductions | $ 653.84 | $ _____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,173.95 | $ _____ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,852.78 | $ _____ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ _____ |
| 8. Income from real property | $ 0.00 | $ _____ |
| 9. Interest and dividends | $ 0.00 | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ _____ |
| 11. Social security or government assistance (Specify): _____ | $ 0.00 | $ _____ |
| 12. Pension or retirement income | $ 0.00 | $ _____ |
| 13. Other monthly income (Specify): _____ | $ _____ | $ _____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ _____ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 2,852.78 | $ _____ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,852.78 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
Overtime is being phased out and I will probably be making $150 a month less than is currently the case.

B6I (Official Form 6I) (12/07)

In re  GELENIE Q. AMIGABLE _____ ,          Case No. _____
      Debtor                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Daughter; Brother; Sister; Mother | AGE(S): 11; 23; 25; 55 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Licensed Vocational Nurse (LVN) | |
| Name of Employer | Casa Bonita Convalescent Hospital | |
| How long employed | 5 | |
| Address of Employer | 535 E. Bonita Avenue San Dimas, CA 91773 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| | | $_____1,602.86 | $_____ |
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $_____ | $_____ |
| 2. | Estimate monthly overtime | | |
| 3. | SUBTOTAL | $_____1,602.86 | $_____ |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $_____249.03 | $_____ |
| | b. Insurance | $_____ | $_____ |
| | c. Union dues | $_____ | $_____ |
| | d. Other (Specify): _____ | $_____ | $_____ |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $_____249.03 | $_____ |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $_____1,353.83 | $_____ |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $_____0.00 | $_____ |
| 8. | Income from real property | $_____0.00 | $_____ |
| 9. | Interest and dividends | $_____0.00 | $_____ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $_____0.00 | $_____ |
| 11. | Social security or government assistance (Specify): _____ | $_____0.00 | $_____ |
| 12. | Pension or retirement income | $_____0.00 | $_____ |
| 13. | Other monthly income (Specify): _____ | $_____0.00 | $_____ |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $_____0.00 | $_____ |
| 15. | AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $_____1,353.83 | $_____ |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $_____1,353.83 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    Overtime is being phased out and I sometimes get cancelled and I will probably be making $150 less than is currently the case.

B6J (Official Form 6J) (12/07)

In re   GELENIE Q. AMIGABLE                ,          Case No. _____
_____
        **Debtor**                                                        **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $  7,232.46 |
|   a. Are real estate taxes included? | Yes _____ No ✓ | |
|   b. Is property insurance included? | Yes _____ No ✓ | |
| 2. Utilities:  a. Electricity and heating fuel | | $  240.00 |
|           b. Water and sewer | | $  140.00 |
|           c. Telephone | | $  100.00 |
|           d. Other  Cable/Internet | | $  120.00 |
| 3. Home maintenance (repairs and upkeep) | | $  100.00 |
| 4. Food | | $  600.00 |
| 5. Clothing | | $  50.00 |
| 6. Laundry and dry cleaning | | $  50.00 |
| 7. Medical and dental expenses | | $  0.00 |
| 8. Transportation (not including car payments) | | $  300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $  50.00 |
| 10. Charitable contributions | | $  50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | | $  0.00 |
|     b. Life | | $  35.00 |
|     c. Health | | $  0.00 |
|     d. Auto | | $  260.00 |
|     e. Other _____ | | $  0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $  0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | | $  _____ |
|     b. Other  credit cards | | $  370.00 |
|     c. Other  store credit cards | | $  430.00 |
| 14. Alimony, maintenance, and support paid to others | | $  0.00 |
| 15. Payments for support of additional dependents not living at your home | | $  0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $  0.00 |
| 17. Other _____ | | $  0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $  10,127.46 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|   a. Average monthly income from Line 15 of Schedule I | | $  4,455.64 |
|   b. Average monthly expenses from Line 18 above | | $  10,127.46 |
|   c. Monthly net income (a. minus b.) | | $  -5,671.82 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  GELENIE Q. AMIGABLE              ,          Case No. _____
                    **Debtor**                                          **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  03/10/2010 _____          Signature: _[signature]_____
                                                                              Debtor

Date _____          Signature: _____
                                                                      (Joint Debtor, if any)

                                          [If joint case, both spouses must sign.]

---------------------------------------------------------------------------------
#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**N/A** _____          **N/A** _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                         *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

**N/A** _____

_____
Address  _____

X_____                      _____
  Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
---------------------------------------------------------------------------------

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                          Signature: _____

                                                      _____
                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
---------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B22A (Official Form 22A) (Chapter 7) (12/08)

In re  GELENIE Q. AMIGABLE
              Debtor(s)

Case Number: _____
              (If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**
☑ **The presumption does not arise.**
☐ **The presumption is temporarily inapplicable.**

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>   ☐ I remain on active duty /or/<br>   ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>   OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>   ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                        2

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☑ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's<br>Income | **Column B**<br>Spouse's<br>Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 5,629.59 | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — $ 0.00<br>b. Ordinary and necessary business expenses — $ 0.00<br>c. Business income — Subtract Line b from Line a | $ 0.00 | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — $ 0.00<br>b. Ordinary and necessary operating expenses — $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $ 0.00 | $ |
| 6 | **Interest, dividends and royalties.** | $ 0.00 | $ |
| 7 | **Pension and retirement income.** | $ 0.00 | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ 900.00 | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ _____ Spouse $ _____ | $ 0.00 | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                          3

| 10 | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | | $ |
| | b. | | $ |
| | Total and enter on Line 10 | $    0.00 | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $  6,529.59 | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $            6,529.59 | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ 78,355.08 |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence:   CALIFORNIA     b. Enter debtor's household size:      5 | $ 86,871.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br> ☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br><br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

## Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

| Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2) | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | $  6,529.59 |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a.                              $ | |
| | b.                              $ | |
| | c.                              $ | |
| | Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

B22A (Official Form 22A) (Chapter 7) (12/08)    4

| | | |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | | $ |

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| | | | |
|---|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                    5

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1  ☐ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                                              6

| | **Subpart B: Additional Living Expense Deductions** | |
|---|---|---|
| | **Note: Do not include any expenses that you have listed in Lines 19-32** | |
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <br><br> a. Health Insurance — $ <br> b. Disability Insurance — $ <br> c. Health Savings Account — $ <br><br> Total and enter on Line 34 <br> **If you do not actually expend this total amount, state your actual total average monthly expenditures in the space below:** <br> $ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                               7

| | **Subpart C: Deductions for Debt Payment** | | | |
|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c. | |

(Line 42 total) $

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |
|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | | Total: Add Lines a, b and c |

(Line 43 total) $

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| a. | Projected average monthly chapter 13 plan payment. | $ |
|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

(Line 45 total) $

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | **Subpart D: Total Deductions from Income** | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                     8

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ |
|----|----|----|
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | Monthly disposable income under § 707(b)(2). Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | 60-month disposable income under § 707(b)(2). Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | Initial presumption determination. Check the applicable box and proceed as directed. |
|----|----|
|  | ☐ The amount on Line 51 is less than $6,575 Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. |
|  | ☐ The amount set forth on Line 51 is more than $10,950. Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. |
|  | ☐ The amount on Line 51 is at least $6,575, but not more than $10,950. Complete the remainder of Part VI (Lines 53 through 55). |

| 53 | Enter the amount of your total non-priority unsecured debt | $ |
|----|----|----|
| 54 | Threshold debt payment amount. Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | Secondary presumption determination. Check the applicable box and proceed as directed. |
|----|----|
|  | ☐ The amount on Line 51 is less than the amount on Line 54. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
|  | ☐ The amount on Line 51 is equal to or greater than the amount on Line 54. Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | Other Expenses. List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|----|----|

|  | Expense Description | Monthly Amount |
|----|----|----|
| a. |  | $ |
| b. |  | $ |
| c. |  | $ |
|  | Total:  Add Lines a, b and c | $ |

## Part VIII: VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|----|----|

Date: _____03/10/2010_____          Signature: _____
                                                          *(Debtor)*

Date: _____          Signature: _____
                                                          *(Joint Debtor, if any)*

February 2006                                                                    2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  GELENIE Q. AMIGABLE | CHAPTER:  7 |
| Debtor(s). | CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT  TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, _____GELENIE Q. AMIGABLE_____, the debtor in this case, declare under penalty
    *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☒    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
    60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
    no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


I, _____N/A_____, the debtor in this case, declare under penalty of
        *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for
    the 60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
    no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


Date _____3/10/10_____        Signature _____
                                                        *Debtor*


Date _____        Signature _____
                                                        *Joint Debtor (if any)*

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| L09 | 029316 | 110400 | | 0000080032  1 |

**Earnings Statement**

**ADP**

103-0001
*CASA BONITA CONVALESCENT HOSPITAL, INC.*
*DBA CASA BONITA CONVALESCENT HOSPITAL*
*535 EAST BONITA AVENUE*
*SAN DIMAS, CA 91773*

Period Ending:    02/15/2010
Pay Date:    02/25/2010

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:    2
    CA:    2

00000000032
  **GELENIE AMIGABLE**
  **12954 RAINTREE PLACE**
  **CHINO CA 91710**

Social Security Number: XXX-XX-5351

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 24.3400 | 21.25 | 517.23 | 3,570.77 |
| Adjustment Pay | | | | 21.84 |
| **Gross Pay** | | | **$517.23** | 3,592.61 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social Security Tax | -32.07 | 222.74 |
| | Medicare Tax | -7.50 | 52.09 |
| | CA SUI/SDI Tax | -5.69 | 39.52 |
| | Federal Income Tax | | 203.72 |
| | CA State Income Tax | | 57.51 |
| | **Other** | | |
| | Checking 1 | -471.97 | |
| | **Net Pay** | | **$0.00** |

Your federal taxable wages this period are $517.23

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, Inc

CO. FILE DEPT. CLOCK VCHR. NO.
L08 029316 110400      0000060032  1

108-0001
*CASA BONITA CONVALESCENT HOSPITAL, INC.*
*DBA CASA BONITA CONVALESCENT HOSPITAL*
*535 EAST BONITA AVENUE*
*SAN DIMAS, CA 91773*

**Earnings Statement**

ADP®

Period Ending:    01/31/2010
Pay Date:         02/10/2010

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:    2
    CA:         2

00000000032
   **GELENIE AMIGABLE**
   **12954 RAINTREE PLACE**
   **CHINO CA 91710**

Social Security Number: XXX-XX-5351

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.3400 | 61.00 | 1,484.74 | 3,053.54 |
| Adjustment Pay | | | 21.84 | 21.84 |
| **Gross Pay** | | | **$1,506.58** | 3,075.38 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -133.43 | 203.72 |
| | Social Security Tax | -93.40 | 190.67 |
| | Medicare Tax | -21.84 | 44.59 |
| | CA State Income Tax | -41.40 | 57.51 |
| | CA SUI/SDI Tax | -16.57 | 33.83 |
| | **Other** | | |
| | Checking 1 | -1,199.94 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$1,506.58

©1998, 2006. ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc

TEAR HERE ▼

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| L08 | 029316 | 110400 | | 0000030030  1 |

**Earnings Statement**



103-0001

*CASA BONITA CONVALESCENT HOSPITAL, INC.*
*DBA CASA BONITA CONVALESCENT HOSPITAL*
*535 EAST BONITA AVENUE*
*SAN DIMAS, CA 91773*

Period Ending:    01/15/2010
Pay Date:    01/25/2010

00000000030
**GELENIE AMIGABLE**
**12954 RAINTREE PLACE**
**CHINO CA 91710**

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:    2
    CA:    2

Social Security Number:  XXX-XX-5351

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.8600 | 45.50 | 1,085.63 | 1,568.80 |
| Gross Pay | | | $1,085.63 | 1,568.80 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -70.29 | 70.29 |
| | Social Security Tax | -67.31 | 97.27 |
| | Medicare Tax | -15.74 | 22.75 |
| | CA State Income Tax | -16.11 | 16.11 |
| | CA SUI/SDI Tax | -11.95 | 17.26 |
| | **Other** | | |
| | Checking 1 | -904.23 | |
| | Net Pay | | $0.00 |

Your federal taxable wages this period are
$1,085.63

©1998, 2006. ADP, Inc.  All Rights Reserved

▼ TEAR HERE

© 200 ADP, Inc.

## Southern California Specialty Care

**Pay Period:**  01/31/2010  –  02/13/2010

| | | | | |
|---|---|---|---|---|
| Gelenie Amigable | **Personnel #:** | 00616824 | | |
| 4824 Kindred Hospital – San Gabriel | **Cost Center:** | 4824108 | | |
| | **Pay Rate:** | 20.25 | | |

| TaxAuth | Filing Status | Allowances | Additional $ | ExmtStat |
|---------|---------------|------------|--------------|----------|
| FED | Single | 00 | $ 0.00 | Exempt |
| CA | Head House | 00 | $ 0.00 | |

| HOURS and EARNINGS | | | | TAXES and DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| | **Current** | | **YTD** | | **Current** | **YTD** |
| **Description** | **Hours** | **Amount** | **Amount** | **Description** | **Amount** | **Amount** |
| Regular | 75.75 | 1,533.94 | 5,153.65 | ** Federal- FED | | |
| OT Base | 19.50 | 394.88 | 394.88 | W/H    EE | | 392.81 |
| OT Prem .5 | 19.50 | 234.59 | 234.59 | OASDI EE | 151.67 | 412.74 |
| OT 2.0 | | | 10.13 | MedcarEE | 35.47 | 96.53 |
| Holiday | | | 243.00 | ** State   - CA | | |
| Shift 2 | 59.50 | 178.50 | 565.50 | W/H    EE | 60.63 | 118.60 |
| Extra Shift Prem | 11.75 | 23.50 | 140.50 | SDI EE | 26.91 | 73.23 |
| Wknd Prem2 | 35.75 | 178.75 | 410.00 | ** Deductions | | |
| | | | | EE Med HMO PreTax | 97.85 | 384.27 |
| | | | | EE Dent PreTx(Std) | | 110.92 |
| | | | | EE 401K Contrib | 254.42 | 558.96 |

| Check Date | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| 02/19/2010 | $   2,544.16 | $   274.68 | $   352.27 | $   1,917.21 |

### *** IMPORTANT MESSAGE ***

| PAID TIME BALANCES | | |
|---|---|---|
| PLAN | ACCRUED | AVAIL |
| PTO | 1.15 | 55.23 |

## Southern California Specialty Care

**Pay Period:**  01/17/2010  -  01/30/2010

| | |
|---|---|
| Gelenie Amigable | **Personnel #:** 00616824 |
| 4824 Kindred Hospital - San Gabriel | **Cost Center:** 4824108 |
| | **Pay Rate:** 20.25 |

| TaxAuth | Filing Status | Allowances | Additional $ | ExmtStat |
|---|---|---|---|---|
| FED | Single | 01 | $ 0.00 | |
| CA | Head House | 00 | $ 0.00 | |

### HOURS and EARNINGS

| Description | Hours | Amount (Current) | Amount (YTD) |
|---|---|---|---|
| Regular | 62.25 | 1,260.57 | 3,619.71 |
| OT 2.0 | | | 10.13 |
| Holiday | | | 243.00 |
| Shift 2 | 47.00 | 141.00 | 387.00 |
| Extra Shift Prem | 11.75 | 23.50 | 117.00 |
| Wknd Prem2 | 11.50 | 57.50 | 231.25 |

### TAXES and DEDUCTIONS

| Description | Current Amount | YTD Amount |
|---|---|---|
| ** Federal- FED | | |
| W/H    EE | 112.78 | 392.81 |
| OASDI EE | 82.42 | 261.07 |
| MedcarEE | 19.28 | 61.06 |
| ** State  - CA | | |
| W/H    EE | 16.33 | 57.97 |
| SDI EE | 14.62 | 46.32 |
| ** Deductions | | |
| EE Med HMO PreTax | 97.85 | 286.42 |
| EE Dent PreTx(Std) | 55.46 | 110.92 |
| EE 401K Contrib | 148.26 | 304.54 |

| Check Date | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| 02/05/2010 | $  1,482.57 | $  245.43 | $  301.57 | $  935.57 |

### *** IMPORTANT MESSAGE ***

### PAID TIME BALANCES

| PLAN | ACCRUED | AVAIL |
|---|---|---|
| PTO | | 48.23 |

**Southern California Specialty Care**

**Pay Period:**    01/03/2010  -  01/16/2010

| Gelenie Amigable | | | **Personnel #:** 00616824 | **Personnel Area:** 4824 Kindred Hospital - S |
| | | | **Cost Center:** 4824108 | |
| | | | **Pay Rate:** 20.25 | |

| HOURS and EARNINGS | | | | TAXES and DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| | **Current** | | **YTD** | | **Current** | **YTD** |
| **Description** | **Hours** | **Amount** | **Amount** | **Description** | **Amount** | **Amount** |
| Regular | 58.00 | 1,174.51 | 2,359.14 | ** **Federal- FED** | | |
| OT 2.0 | 0.25 | 10.13 | 10.13 | W/H   EE | 131.33 | 280.03 |
| Holiday | | | 243.00 | OASDI EE | 85.47 | 178.65 |
| Shift 2 | 46.50 | 139.50 | 246.00 | MedcarEE | 19.99 | 41.78 |
| Extra Shift Prem | 46.75 | 93.50 | 93.50 | ** **State  - CA** | | |
| Wknd Prem2 | 11.75 | 58.75 | 173.75 | W/H   EE | 19.39 | 41.64 |
| | | | | SDI EE | 15.17 | 31.70 |
| | | | | ** **Deductions** | | |
| | | | | EE Med HMO PreTax | 97.85 | 188.57 |
| | | | | EE Dent PreTx(Std) | | 55.46 |
| | | | | EE 401K Contrib | 73.82 | 156.28 |

| **Check Date** | **Earnings** | **Taxes** | **Deductions** | **Net Pay** |
|---|---|---|---|---|
| **01/22/2010** | $  1,476.39 | $   271.35 | $    171.67 | $   1,033.37 |

| *** IMPORTANT MESSAGE *** | PAID TIME BALANCES | | |
|---|---|---|---|
| Please complete a new W-4 form if your filing status or number  of allowances has changed.  If claiming exempt, a new W-4 is required. | **PLAN** | **ACCRUED** | **AVAIL** |
| | PTO | | 42.91 |

Verification of Creditor Mailing List - (Rev. 10/05)                                          2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name   GELENIE  G  AMIGABLE

Address  12954 RAINTREE PLACE   CHINO   CA  91710

Telephone  (626) 257-8224

☐  Attorney for Debtor(s)
☑  Debtor in Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
|---|---|
| | Chapter:  7 |
| NONE | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __5__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  3/10/10                                           _____
                                                         Debtor

_____                                 _____
Attorney (if applicable)                                Joint Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

3420 Twelfth Street
Riverside, CA 92501-3819


DEBTOR:  GELENIE Q. AMIGABLE

CASE NUMBER: _____

CHAPTER 7

**CREDITOR LIST MATRIX**

ACS/COLLEGE LOAN CORPORATION
501 Bleecker Street
Utica, NY 13501

AMC MORTGAGE
P. O. Box 249
Haleiwa, HI 96712

AMERICAN SERVICING COMPANY
7495 New Horizon Way
Frederick, MD 21703

AMEX
P. O. Box 7871
Fort Lauderdale, FL 33329

ANB/CITIBANK
P. O. Box 15687
Wilmington, DE 19850

Arrow Financial Services
5996 W. Touhy Avenue
Niles, IL 60714

Arrow Financial
8589 Aero Drive
San Diego, CA 92123

Associates/Citibank
110 Lake Drive
Newark, DE 19702

Bally Total Fitness
12440 E. Imperial, Suite 3
Norwalk, CA 90650

Ballys
7755 Center Avenue
Huntington Beach, CA 92647

Bank of New York Mellon, Trustee
101 Barclay Street 4W
New York, NY 10286

Capital 1 Bank
P. O. Box 650010
Dallas, TX 75265-0010

Chase
800 Brooksedge Blvd.
Westerville, OH 43081

CitiFinancial
P. O. Box 466
Hanover, MD 21076

CitiFinancial Retail
P. O. Box 6080
Newark, DE 19714

Corporate America FCU
2075 Big Timber Road
Elgin, IL 60123

Countrywide Home Loans
450 American Street
Simi Valley, CA 93065

CRTFDCRDT
1180 Olympic Drive #207
Corona, CA 91719

Dell Financial
3500 Wadley Place
Austin, TX 78728

Dow Financial
1100 Plainfield Road
Joliet, IL 60435

First National Credit
500 E. 60th St. N
Sioux Falls, SD 57104

Fremont Investment
175 N. Riverview Drive
Anaheim, CA 92808

Harvard Collection Service
4700 W. Irving Park Road
Chicago, IL 60641

Heritage Pacific Financial, LLC
c/o The Law Office of Justin Ryan
2534 State Street, Suite 404
San Diego, CA 92101

Household Bank
P. O. Box 98706
Las Vegas, NV 89193

Household Bank/Best Buy
P. O. Box 15519
Wilmington, DE 19850

HomEq Servicing
P. O. Box 997126
Sacramento, CA 95899

Island National Group
P. O. Box 18009
Hauppauge, NY 11788-8809

Law Offices of Rosen & Loeb
16000 Ventura Blvd., Suite 1150
Encino, CA 91436

Lexus Financial
P. O. Box 9490
Cedar Rapids, IA 52409-9490

Litton Loan Servicing
4828 Loop Central
Houston, TX 77081


MBGA/JC Penney
P. O. Box 27570
Albuquerque, NM 87125

MCYDSNB
9111 Duke Blvd.
Mason, OH 45040

NCM
18400 Von Karman
Irvine, CA 92614

Nelnet LNS
P. O. Box 1649
Denver, CO 80201

New Century Mortgage
210 Commerce
Irvine, CA 92602

No. American Collectors
16000 Ventura Blvd., Suite 1
Encino, Ca 91436

Providian
4940 Johnson Drive
Pleasanton, CA 94566

Resurgent Capital Services
15 South Main Street, Suite 600
Greenville, SC 29601

RNB-Target
3701 Wayzata Blvd. #2-CF
Minneapolis, MN 554416

Toyota Motor Credit Co.
19001 South Wester
Torrance, CA 90509

Western Financial Savings
P. O. Box 19752
Irvine, Ca 92623

WFNNB/VICTORIAS SECRET
P. O. Box 182128
Columbus, OH 43218

WFS Financial
P. O. Box 19752
Irvine, CA 92623

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

3420 Twelfth Street
Riverside, CA 92501-3819


DEBTOR:  GELENIE Q. AMIGABLE                                CASE NUMBER: _____

                                                            CHAPTER 7

**CREDITOR LIST MATRIX**

ACS/COLLEGE LOAN CORPORATION
501 Bleecker Street
Utica, NY 13501

AMC MORTGAGE
P. O. Box 249
Haleiwa, HI 96712

AMERICAN SERVICING COMPANY
7495 New Horizon Way
Frederick, MD 21703

AMEX
P. O. Box 7871
Fort Lauderdale, FL 33329

ANB/CITIBANK
P. O. Box 15687
Wilmington, DE 19850

Arrow Financial Services
5996 W. Touhy Avenue
Niles, IL 60714

Arrow Financial
8589 Aero Drive
San Diego, CA 92123

Associates/Citibank
110 Lake Drive
Newark, DE 19702

Bally Total Fitness
12440 E. Imperial, Suite 3
Norwalk, CA 90650

Ballys
7755 Center Avenue
Huntington Beach, CA 92647

Bank of New York Mellon, Trustee
101 Barclay Street 4W
New York, NY 10286

Capital 1 Bank
P. O. Box 650010
Dallas, TX 75265-0010

Chase
800 Brooksedge Blvd.
Westerville, OH 43081

CitiFinancial
P. O. Box 466
Hanover, MD 21076

CitiFinancial Retail
P. O. Box 6080
Newark, DE 19714

Corporate America FCU
2075 Big Timber Road
Elgin, IL 60123

Countrywide Home Loans
450 American Street
Simi Valley, CA 93065

CRTFDCRDT
1180 Olympic Drive #207
Corona, CA 91719

Dell Financial
3500 Wadley Place
Austin, TX 78728

Dow Financial
1100 Plainfield Road
Joliet, IL 60435

First National Credit
500 E. 60th St. N
Sioux Falls, SD 57104

Fremont Investment
175 N. Riverview Drive
Anaheim, CA 92808

Harvard Collection Service
4700 W. Irving Park Road
Chicago, IL 60641

Heritage Pacific Financial, LLC
c/o The Law Office of Justin Ryan
2534 State Street, Suite 404
San Diego, CA 92101

Household Bank
P. O. Box 98706
Las Vegas, NV 89193

Household Bank/Best Buy
P. O. Box 15519
Wilmington, DE 19850

HomEq Servicing
P. O. Box 997126
Sacramento, CA 95899

Island National Group
P. O. Box 18009
Hauppauge, NY 11788-8809

Law Offices of Rosen & Loeb
16000 Ventura Blvd., Suite 1150
Encino, CA 91436

Lexus Financial
P. O. Box 9490
Cedar Rapids, IA 52409-9490

Litton Loan Servicing
4828 Loop Central
Houston, TX 77081


MBGA/JC Penney
P. O. Box 27570
Albuquerque, NM 87125

MCYDSNB
9111 Duke Blvd.
Mason, OH 45040

NCM
18400 Von Karman
Irvine, CA 92614

Nelnet LNS
P. O. Box 1649
Denver, CO 80201

New Century Mortgage
210 Commerce
Irvine, CA 92602

No. American Collectors
16000 Ventura Blvd., Suite 1
Encino, Ca 91436

Providian
4940 Johnson Drive
Pleasanton, CA 94566

Resurgent Capital Services
15 South Main Street, Suite 600
Greenville, SC 29601

RNB-Target
3701 Wayzata Blvd. #2-CF
Minneapolis, MN 554416

Toyota Motor Credit Co.
19001 South Wester
Torrance, CA 90509

Western Financial Savings
P. O. Box 19752
Irvine, Ca 92623

WFNNB/VICTORIAS SECRET
P. O. Box 182128
Columbus, OH 43218

WFS Financial
P. O. Box 19752
Irvine. CA 92623