| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Ja Vonne M. Phillips, Esq. SBN 187474<br>Christelle N. Ramseyer, Esq. SBN 265571<br>**McCarthy & Holthus, LLP**<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Phone (619) 685-4800<br>Fax (619) 685-4810<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust, its assignees and/or successors and the servicing agent Barclays Capital Real Estate Inc. dba HomEq Servicing | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JUL 06 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** badraun  **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Gelenie Quiocho Amigable,<br><br>                                                                 Debtor. | CHAPTER: 7<br>CASE NO.: 6:10-bk-16862-CB<br>DATE: 06/29/2010<br>TIME: 10:00 a.m.<br>CTRM: 303<br>FLOOR: 3rd |
|---|---|

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (Real Property)
**(MOVANT: The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust, its assignees and/or successors and the servicing agent Barclays Capital Real Estate Inc. dba HomEq Servicing)**

1. The Motion was: ☐ Contested ☒ Uncontested ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

    *Street Address:* 7265 Iron Oak Avenue
    *Apartment/Suite No.:*
    *City, State, Zip Code:* Las Vegas, NV 89113

    Legal description or document recording number (including county of recording): 20061218-0002916, Clark County, Nevada

    ☒ See attached page

3. The Motion is granted under:  ☒ 11 U.S.C. § 362(d)(1) ☒ 11 U.S.C. § 362(d)(2) ☐ 11 U.S.C. § 362(d)(3)
    ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

    a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set forth in Exhibit to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

(Continued on next page)

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

| In re<br>Gelenie Quiocho Amigable, | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor. | CASE NUMBER.: 6:10-bk-16862-CB |

6.   ☐ Movant shall not conduct a foreclosure sale before the following date *(specify):*

7.   ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8.   ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9.   ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☐ transfer of all or part of ownership of, or interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10.   This Court orders as follows:

   a.   ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b.   ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c.   ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d.   ☒ See attached continuation page for additional provisions.

###

DATED: July 6, 2010

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                          **F 4001-1O.RP**

| Order on Motion for Relief from Stay (Real Property) – Page 3 of 5 | | **F 4001-1O.RP** |
|---|---|---|
| In re<br>Gelenie Quiocho Amigable, | (SHORT TITLE) | CHAPTER: 7 |
| | Debtor. | CASE NUMBER.: 6:10-bk-16862-CB |

Legal Description

LOT TWENTY-FIVE (25) OF THE FINAL MAP OF NEVADA TRAILS R2-70 NO. 12, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 111 OF PLATS, PAGE 16, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.RP**

| Order on Motion for Relief from Stay (Real Property) – Page 4 of 5 | | **F 4001-1O.RP** |
|---|---|---|
| In re<br>Gelenie Quiocho Amigable, | (SHORT TITLE) | CHAPTER: 7 |
| | Debtor. | CASE NUMBER.: 6:10-bk-16862-CB |

**Continuation Page For Additional Provisions Pursuant To 10 (d) Of Attached Order**

**IT IS FURTHER ORDERED that Movant may contact the Debtor to comply with California Civil Code Section 2923.5.**

**The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law.  The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement.  Any such agreement shall be non-recourse unless included in a reaffirmation agreement.**

**For purposes of California civil code §2923.5, this bankruptcy proceeding is finalized with respect to the subject property and the note and deed of trust described in this motion.**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                   **F 4001-10.RP**

F 4001-1O.RP

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Gelenie Quiocho Amigable, | | |
| | Debtor. | CASE NUMBER.: 6:10-bk-16862-CB |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____07/01/2010_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**UNITED STATES TRUSTEE**
ustpregion16.rs.ecf@usdoj.gov

**TRUSTEE**
Karl T. Anderson
edansie@hotmail.com

**McCarthy & Holthus, LLP**
bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:**
A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTOR - Gelenie Quiocho Amigable, 13126 Martina St, Chino, CA 91710

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-1O.RP